UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARKUS KLINKO,

                Plaintiff,

-against-

MICHAEL BALL a/k/a MICHAEL F. BALL,

                Defendant.

Case No. 07 CV 11362 (VM) (HP)

(Oral Argument Requested)

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, upon the annexed Affidavit of Michael Ball, sworn to on December 21, 2007, Request for Judicial Notice, Memorandum of Law, and all prior pleadings and proceedings herein, defendant Michael Ball ("Mr. Ball"), by his counsel, Steptoe & Johnson LLP, will move this Court before the Honorable Victor Marrero, at the United States Courthouse, 500 Pearl Street, New York, New York on January 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint of plaintiff Markus Klinko, or in the alternative, transferring the case to the Central District of California pursuant to 28 U.S.C. § 1404(a), together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 26, 2007

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Lenor C. Marquis (LM 4597)
750 Seventh Avenue
Suite 1900
New York, NY 10019
(212) 506-3900

*Attorneys for Defendant
Michael Ball*

*Of Counsel:*
Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

## CERTIFICATE OF SERVICE

I do hereby certify that on this 26th day of December, 2007, I served a copy of the foregoing **Notice of Motion** on counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

*KB*
Kimberlyn Brzozowski

Anthony A. LoPresti, Esq.
Meltzer LoPresti, LLP
30 Broad Street, 37th Floor
New York, New York 10004