UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARKUS KLINKO,

                  Plaintiff,

-against-

MICHAEL BALL a/k/a MICHAEL F. BALL,

                  Defendant.

Case No. 07 CV 11362 (VM) (HP)

**AFFIDAVIT OF MICHAEL BALL IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

---

State of California   )
                        ) ss.:
County of Los Angeles  )

Michael Ball, being duly sworn, deposes and says:

1.    I am a defendant in the above-captioned action. I submit this affidavit in support of the motion to dismiss or, in the alternative, transfer the Complaint of plaintiff Markus Klinko ("Plaintiff").

2.    I currently live in the city of Santa Monica, county of Los Angeles, California. I have lived in California for more than ten years and have no intention of moving anywhere else.

3.    I am the CEO of Rock & Republic Enterprises, Inc., which is located at 3523 Eastham Blvd., Culver City (Los Angeles County), California. This is my regular place of business.

    4.    On or about October 6, 2007, I was interviewed by Andrew Harmon, a reporter from DNR. This interview took place in Los Angeles, California.

Dated:   Los Angeles, California  
            December 21, 2007

_____  
Michael Ball

Sworn to before me this  
21st day of December 2007

_____  
Notary Public

ALLAN A. SASSOON  
Commission # 1695694  
Notary Public - California  
Los Angeles County  
My Comm. Expires Oct 22, 2010

## CERTIFICATE OF SERVICE

I do hereby certify that on this 26th day of December, 2007, I served a copy of the foregoing **Affidavit of Michael Ball in Support of Motion to Dismiss or, in the Alternative, to Transfer** on counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

_____
Kimberlyn Brzozowski

Anthony A. LoPresti, Esq.
Meltzer LoPresti, LLP
30 Broad Street, 37th Floor
New York, New York 10004