UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARKUS KLINKO,                                             Case No. 07 CV 11362 (VM)(HP)

            Plaintiff,

    -against-

MICHAEL BALL a/k/a MICHAEL F. BALL,

            Defendant.
------------------------------------------------------------------------X

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that plaintiff MARKUS KLINKO hereby voluntarily dismisses his claims in this action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, without costs to either side.

Dated: New York, New York
       January 25, 2008

                                            MELTZER LoPRESTI, LLP

                       By: _____
                                          Anthony A. LoPresti

                                          *Attorneys for Plaintiff*
                                          30 Broad Street, 37th Floor
                                          New York, New York 10003
                                          (212) 425-0551

Anthony A. LoPresti, Esq.
MELTZER LoPRESTI, LLP
30 Broad Street, 37th Floor
New York, New York 10004
Ph.: (212) 425-0441
fax: (212) 658-9001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARKUS KLINKO,   Case No. 07 CV 11362 (VM)(HP)

                Plaintiff,

                              **AFFIRMATION OF SERVICE**

   -against-

MICHAEL BALL a/k/a MICHAEL F. BALL,

                Defendant.
------------------------------------------------------------------------X

      ANTHONY A. LoPRESTI, an attorney duly admitted in the State of New York, hereby affirms the following upon penalty of perjury:

      On January 25, 2008, I served a true copy of plaintiff's **NOTICE OF DISMISSAL WITHOUT PREJUDICE** in this matter, upon defendant MICHAEL BALL a/k/a MICHAEL F. BALL in the following manner: by mailing the same by first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the addresses indicated below:

Steptoe & Johnson, LLP
Michael C. Miller, Esq.
750 Seventh Avenue, Suite 1900
New York, N.Y. 10019

Dated:     New York, New York
              January 25, 2008

                                                                 _____
                                                                 ANTHONY A. LoPRESTI