```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARKUS KLINKO,                      :
                                    :
                    Plaintiff,      :    07 Civ 11362
                                    :
        - against -                 :    ORDER
                                    :
MICHAEL BALL,                       :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Notice of Dismissal dated January 25, 2008 and entered on January 27, 2008 (Docket No. 6) Plaintiff Markus Klinko voluntarily dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with Plaintiff's Notice of Dismissal dated January 25, 2008, the Clerk of Court is directed to enter judgment dismissing the complaint in the action without prejudice, to withdraw any pending motions, and to close the case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:      New York, New York
            3 April 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.